ACCEPTED
01-15-00331-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 10:52:51 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 1046397

| | | |
|---|---|---|
| MARIA RESENDIZ, | § | IN THE COUNTY CIVIL COURT |
| | § | |
| Plaintiff, | § | AT LAW NUMBER (A) OF |
| | § | |
| V. | § | |
| | § | |
| SELLERS BROS. INC.; | § | |
| CENTRO NP HOLDINGS 12 SPE, L.L.C.; | § | |
| BRIXMOR HOLDINGS 12 SPE, L.L.C.; | § | |
| AND SELLERS BROS., | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, T E X A S |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 10:52:51 AM
CHRISTOPHER A. PRINE
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Plaintiff, MARIA RESENDIZ, pursuant to TEX. R. APP. P. 25.1(f), and files this Notice of Appeal. On April 2, 2015, this Court entered its order of Final Summary Judgment as to Defendant SELLERS BROS. INC. This notice is filed within thirty (30) days of the entry of such. The Plaintiff desires to appeal from this order in favor of SELLERS BROS. INC. to the Court of Appeals for the First or Fourteenth District.

Respectfully submitted,

IVEY LAW FIRM, P.C.


/s/ *Jack Todd Ivey*
Jack Todd Ivey
State Bar No.: 00785985
11111 Katy Freeway, Suite 580
Houston, Texas 77079
713/225-0015 (Telephone)
713/225-5313 (Facsimile)
Email: jti@ivey-firm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered unto all interested parties, in accordance with TEX. R. CIV. P. 21 and 21a, on the 7th day of April, 2015.

       /s/ ***Jack Todd Ivey***
       Jack Todd Ivey